IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-02048-CJW |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 924(a)(1)(A):  False |
| JAYQUINE CAVRN STEELE, | ) | Statement During Purchase of |
| | ) | Firearm |
| Defendant. | ) | |
| | ) | Count 2-3 |
| | ) | 18 U.S.C. § 922(g)(3):  Possession of |
| | ) | a Firearm by an Unlawful User of a |
| | ) | Controlled Substance |
| | ) | |
| | ) | Count 4 |
| | ) | 18 U.S.C. §§ 2, 922(a)(6):  Aiding and |
| | ) | Abetting False Statement During |
| | ) | Purchase of Firearm |

The Grand Jury charges:

## Count 1

### False Statement During Purchase of a Firearm

On or about August 12, 2021, in the Northern District of Iowa, defendant

JAYQUINE CAVRN STEELE, in connection with his acquisition of a firearm, a

Smith & Wesson SD9 VE, 9x19mm caliber pistol, knowingly made false statements

and representations to FFL#1, a person licensed under the provisions of Chapter 44

of Title 18, United States Code, with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of

FFL#1, in that the defendant represented that he was not an unlawful user of

marijuana, when in fact defendant was an unlawful user of marijuana.

1

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 2

## Possession of a Firearm by an Unlawful User of a Controlled Substance

On or about September 7, 2021, in the Northern District of Iowa, defendant JAYQUINE CAVRN STEELE, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, Smith & Wesson SD9 VE, 9x19mm caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 3

## Possession of a Firearm by an Unlawful User of a Controlled Substance

On or about July 7, 2023, in the Northern District of Iowa, defendant JAYQUINE CAVRN STEELE, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Glock GMBH, Model 48, 9mm pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 4

## Aiding and Abetting False Statement During Purchase of a Firearm

On or about June 22, 2023, in the Northern District of Iowa, defendant, JAYQUINE CAVRN STEELE, in connection with the acquisition of a firearm, a

2

Glock GMBH, Model 48, 9mm pistol, from FFL#2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, commanded, induced, and procured the making of a false and fictitious written statement to FFL#2, which statement was intended and likely to deceive FFL#2, as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18, in that defendant caused another to falsely represent that the other person was the actual transferee/buyer of said firearm.

This in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant JAYQUINE CAVRN STEELE shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(3) or 922(a)(6), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).


TIMOTHY T. DUAX
United States Attorney

By:

KYNDRA LUNDQUIST
Assistant United States Attorney

A TRUE BILL

/s/Foreperson

08-23-2023

Grand Jury Foreperson          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/23/2023
PAUL DE YOUNG, CLERK

3